UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:08CV-00040-JHM
CRIMINAL ACTION NO. 1:05CR-00044-JHM

DORA BROWN                                                                    MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA                                          RESPONDENT/PLAINTIFF

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Brown's motion pursuant to § 2255 is DENIED.

A Certification of Appealability is DENIED.

Copies to:   Dora Brown, *pro se*
             Counsel of Record
             Magistrate Judge Goebel